# Court of Appeals
# of the State of Georgia

ATLANTA,___March 13, 2013___

*The Court of Appeals hereby passes the following order:*

**A13I0150. GEGE ODION et al. v. CANDLER MEDICAL CENTER, LLC et al.**

On February 13, 2013, Gege Odion, individually and d/b/a Siris Property Management, LLC, filed this interlocutory application seeking to appeal orders entered in July 2010, August 2010, January 2012, and August 2012. Odion did not include a certificate of immediate review as to any of the orders. We lack jurisdiction.

A party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. OCGA § 5-6-34 (b). Moreover, the application for interlocutory appeal must be filed within ten days following entry of the certificate of immediate review. Id. If a party fails to meet these requirements, then his application is not valid and he must wait until final judgment to appeal. See *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Because Odion failed to obtain *any* certificate of immediate review, much less a timely one, his application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_03/13/2013_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____ *, Clerk.*